(12)

AO 455(Rev. 5/85) Waiver of Indictment

FILED
DEC 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JAIME DE LA CRUZ-MURO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr3333-JLS 07mj 02676-NLS

I, JAIME DE LA CRUZ-MURO, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12-13-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Jaime De la Cruz Muro
Defendant

x [signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER